# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1068

_____

STATE OF FLORIDA,

Appellant,

v.

TERRY BROWN,

Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Barbara K. Hobbs, Judge.

August 14, 2019

PER CURIAM.

Appellee's motion filed April 11, 2019, is granted, and this appeal is dismissed. *See State v. Jackson*, 2019 WL 3282618 (Fla. 1st DCA 2019).

LEWIS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ashley Moody, Attorney General, Tallahassee, for Appellant.

Andy Thomas, Public Defender, and Justin F. Karpf, Assistant Public Defender, Tallahassee, for Appellee.